FRANK BICKLEMEYER, Appellant, *v.* LACKAWANNA STEEL
COMPANY, Respondent.

(Submitted September 29, 1919; decided October 7, 1919.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 227 N. Y.
565.)

FRANCIS D. BOWNE, Plaintiff, *v.* ELIZABETH B. COLT,
Appellant, and JESSIE D. BOWNE, Respondent,
Impleaded with Others.

(Submitted September 29, 1919; decided October 7, 1919.)

Motion for re-argument denied, with ten dollars costs
and necessary printing disbursements. (See 226 N. Y.
658.)